UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-04027-AFM**                                           Date:   October 21, 2020

Title     **Anthony Bouyer v. Realty Income Corporation, et al**

Present: The Honorable:     **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order of Dismissal Without Prejudice**

      The Court, having been advised by Defendant on July 7, 2020 that this action has been settled and that a Stipulation of Dismissal would be filed within 60 days (ECF No. 9), and the parties' failure to file a Stipulation of Dismissal or respond to the Court's October 1, 2020 Order explaining their failure to dismiss this case (ECF No. 14), hereby orders this action dismissed without prejudice.

      The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

      IT IS SO ORDERED.

**Initials of Preparer**     :   ib